**STATE of Missouri, Respondent,**

v.

**Scott Levi PEOPLES, Appellant.**

**WD 79130**

Missouri Court of Appeals, Western District.

FILED: November 29, 2016

Chris Koster, Attorney General, and Dora A. Fichter, Assistant Attorney General, Jefferson City, MO, for respondent.

Amy M. Bartholow, Assistant Public Defender, Columbia, MO, for appellant.

Before Division Two: Lisa White Hardwick, Presiding Judge, Karen King Mitchell and Anthony Rex Gabbert, Judges

ORDER

Per Curiam

Scott Peoples appeals from his convictions of first-degree domestic assault, kidnapping, and first-degree forcible sodomy. He contends the circuit court erred in admitting evidence of uncharged crimes. Upon review of the briefs and the record, we find no error and affirm the judgment. Because a published opinion would serve no jurisprudential purpose, we have provided the parties with a Memorandum explaining the reasons for our decision.

AFFIRMED. Rule 30.25(b).